UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAROLYN THOMPSON,<br><br>    Plaintiff,<br>VS.<br><br>LIGHTHOUSE RECOVERY ASSOCIATES, LLC, *et al*,<br><br>    Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:12-CV-2289<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

It is further Ordered that the plaintiff's counsel shall submit a motion for attorney fees and court costs within ten days of entry of this order.

It is so Ordered.

SIGNED on this 4th day of September, 2013.

_____
Kenneth M. Hoyt
United States District Judge